UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case Number: 19-21597-CIV-MARTINEZ-OTAZO-REYES

MANUEL FENTE, JR.,

    Plaintiff,

vs.

AVENTURA CJ, LLC, d/b/a AVENTURA
CHRYSLER JEEP DODGE RAM,

    Defendant.
_____/

### FINAL ORDER OF DISMISSAL WITH PREJUDICE AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS MATTER is before the Court upon Plaintiff's Notice of Dismissal with Prejudice, [ECF No. 16]. It is:

**ADJUDGED** that this action is **DISMISSED with prejudice**. All parties shall bear their own attorneys' fees and costs. It is also:

**ADJUDGED** that all pending motions in this case are **DENIED AS MOOT**, and this case is **CLOSED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 18 day of June, 2019.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record